BROOKLYN UNION ELEVATED R. CO. v. VALANCE et al.

·(Supreme Court, Appellate Division, Second Department.  January 10, 1908.)

.EMINENT DOMAIN—CONDEMNATION PROCEEDINGS—AMENDMENT—DESCRIPTION OF LAND.

   Under Code Civ. Proc. §§ 723, 3368, providing that in condemnation pro-ceedings the court may amend any pleading or other proceeding to cor-rect a mistake, the court may, after judgment by default, while the com-missioners are still sitting, correct a clerical error in the petition and judgment in the description of the land by metes and bounds.

   [Ed. Note.—For cases in point, see Cent. Dig. vol. 18, Eminent Domain, § 523.]

Appeal from Special Term, Kings County.

Condemnation proceedings by the Brooklyn Union Elevated Rail-·road Company against Sarah U. Valance and others.  From an order ·correcting the description of land in the petition and judgment, defend-.ants Rowlands and others appeal.  Affirmed.

Argued before WOODWARD, JENKS, RICH, MILLER, and ·GAYNOR, JJ.

Almeth W. Hoff (Michael J. Joyce, on the brief), for appellants.
Chas. L. Woody, for respondent.

GAYNOR, J.  The respondent has a retaining wall three feet wide .at the base and two feet at the top along its sunken railroad right of way against the appellants' land.  The base of such wall was one foot over on the appellants' land, and this proceeding was begun to acquire the strip encroached upon.  After appearing, ˙the appellants allowed .judgment to be taken by default.  A motion was afterwards made by the respondent while the commissioners were still sitting to correct the description in the petition and judgment.  The introductory words of such description, and the map referred to in it, which exhibited the wall, showed the strip one foot wide to be taken, but in the descrip-·tion by metes and bounds the lines were not run correctly.  The cor-rection asked for was only of a clerical error, and the court was au-.thorized to make it.  Code Civ. Proc. §§ 723, 3368.

The order should be affirmed.

Order affirmed, with $10 costs and disbursements.  All concur.